IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

AUTO OWNERS INSURANCE COMPANY, *

Plaintiff, *

v. Case No. 5:25-cv-00032-CAR
*

DOMINATION TOWERS INC et al,
*

Defendants.
*

## JUDGMENT

Pursuant to this Court's Order dated September 30, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff shall also recover costs of this action.

This 1st day of October, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk